# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURA AYALA ESCALANTE,<br><br>              Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>              Defendant.<br>_____/ | Case No. 1:23-cv-01656-SKO<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 2) |

Plaintiff Aura Escalante filed a complaint on November 28, 2023, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED; and

2. The Clerk of Court is DIRECTED to issue a summons, the Consent/Decline forms, and the Scheduling Order. Service on the defendant shall proceed under the Court's E-Service program as follows: once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated:  **November 30, 2023**          /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE